JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 340
Los Angeles, California 90036
Telephone No. (323) 938-4000
Facsimile No. (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREYA PARRA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | NO. CV 08-3173 MLG<br><br>ORDER AWARDING EAJA ATTORNEY FEES |

   The Court having received a Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA) in the amount of four thousand dollars and no cents ($4,000.00),

   IT IS HEREBY ORDERED that plaintiff's counsel, as plaintiff's assignee, be awarded EAJA fees in the amount stipulated.

DATED: 5/12/09

MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1